| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Stephen M. Doniger, Esq. (SBN 179314)<br>stephen@donigerlawfirm.com<br>Scott A. Burroughs, Esq. (SBN 235718)<br>scott@donigerlawfirm.com<br>DONIGER/BURROUGHS APC<br>300 Corporate Pointe, Suite 355<br>Culver City, CA 90230<br>Tel: (310) 590-1820  Fax: (310)417-3538 | FILED<br><br>2010 JUN 16 PM 3: 11<br><br>CLERK U.S DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>LOS ANGELES<br>BY _____ |
| ATTORNEYS FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC., a California Corporation<br><br>Plaintiff(s),<br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV10 4443 RGK (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff EKB TEXTILES, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| EKB TEXTILES, INC. | PLAINTIFF |
| TARGET CORPORATION | DEFENDANT |
| BLUESTAR ALLIANCE, LLC d/b/a LIZ LANGE | DEFENDANT |

6/9/2010
Date

Sign

Stephen M. Doniger, Attorney for EKB Textiles, Inc.
Attorney of record for or party appearing in pro per

CV-30 (04/10)          NOTICE OF INTERESTED PARTIES