**Rollin A. Ransom (SBN 196126)**
rransom@sidley.com
**Cameron J. Johnson (SBN 266729)**
cameron.johnson@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorney for Defendants Target Corporation and Bluestar Alliance, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKB TEXTILES, INC, a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; BLUESTAR ALLIANCE, LLC, d/b/a LIZ LANGE, a New York Limited Liability Company; and DOES 1-10;<br><br>              Defendants. | Case No. CV 10-4443 RGK (JCx)<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

LA1 1852102v.2

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendants Target Corporation and Bluestar Alliance, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. EKB Textiles, Inc. (plaintiff);
2. Target Corporation (defendant);
3. Bluestar Alliance, LLC (defendant);
4. Samsung America, Inc. (supplier);
5. Oxford Collections, a division of LF USA Inc. (supplier); and
6. AXIS Surplus Insurance Company (insurer).

Dated:  August 09, 2010

SIDLEY AUSTIN LLP
Rollin A. Ransom
Cameron J. Johnson

By:  /s/ Rollin A. Ransom
Rollin A. Ransom
Attorneys for Defendants
Target Corporation
Bluestar Alliance, LLC

2

LA1 1852102v.2