1 **Rollin A. Ransom (SBN 196126)**
  rransom@sidley.com
2 **Cameron J. Johnson (SBN 266729)**
  cameron.johnson@sidley.com
3 **SIDLEY AUSTIN LLP**
  **555 West Fifth Street, Suite 4000**
4 **Los Angeles, California  90013**
  Telephone:  (213) 896-6000
5 Facsimile:  (213) 896-6600

6 Attorneys for Defendants Target Corporation,
  NC Apparel, Inc., Kandy Kiss of California,
7 Inc., and Samsung C&T America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKB TEXTILES, INC, a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; NC APPAREL, INC., a California Corporation; KANDY KISS OF CALIFORNIA, INC., a California Corporation; SAMSUNG C&T AMERICA, INC., a New Jersey Corporation; LF USA, INC, a New York Limited Liability Company; and DOES 1-10;<br><br>　　　　Defendants. | Case No. CV 10-4443 RGK (JCx)<br>Assigned to: Hon. R. Gary Klausner<br>Magistrate: Hon. Jacqueline Chooljian<br><br>**DISCOVERY MATTER:<br>[PROPOSED] ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR CONFIDENTIAL TREATMENT OF DOCUMENTS OR INFORMATION**<br><br>(Filed concurrently with Stipulation For Entry Of Protective Order For Confidential Treatment Of Documents Or Information) |

LA1 1945082v 1

# ORDER

The parties, Plaintiff EKB Textiles, Inc. and Defendants Target Corporation, NC Apparel, Inc., Kandy Kiss of California, Inc., Samsung C&T America, Inc., and LF USA, Inc. through their attorneys of record, have filed and agreed to the *Stipulation For Entry Of Protective Order For Confidential Treatment Of Documents Or Information.* The Court finds the order reasonable and appropriately tailored to protect the rights of the parties to keep confidential certain proprietary and commercially valuable information.

It is hereby ORDERED that the *Stipulation For Entry Of Protective Order For Confidential Treatment Of Documents Or Information* shall be ADOPTED as the order of this Court.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Jacqueline Chooljian

LA1 1945082v 1

1