1  **Rollin A. Ransom (SBN 196126)**
   rransom@sidley.com
2  **Cameron J. Johnson (SBN 266729)**
   cameron.johnson@sidley.com
3  **SIDLEY AUSTIN LLP**
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013
   Telephone:  (213) 896-6000
5  Facsimile:  (213) 896-6600

6  Attorneys for Defendants Target Corporation,
   NC Apparel, Inc., Kandy Kiss of California,
7  Inc., and Samsung C&T America, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKB TEXTILES, INC, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; NC APPAREL, INC., a California Corporation; KANDY KISS OF CALIFORNIA, INC., a California Corporation; SAMSUNG C&T AMERICA, INC., a New Jersey Corporation; LF USA, INC, a New York Limited Liability Company; and DOES 1-10;<br><br>　　　　　Defendants. | Case No. CV 10-4443 RGK (JCx)<br>Assigned to: Hon. R. Gary Klausner<br>Magistrate: Hon. Jacqueline Chooljian<br><br>**DISCOVERY MATTER: ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR CONFIDENTIAL TREATMENT OF DOCUMENTS OR INFORMATION**<br><br>**[CHANGE MADE BY COURT]** |

LA1 1945082v.1

# ORDER

The parties, Plaintiff EKB Textiles, Inc. and Defendants Target Corporation, NC Apparel, Inc., Kandy Kiss of California, Inc., Samsung C&T America, Inc., and LF USA, Inc. through their attorneys of record, have filed and agreed to the *Stipulation For Entry Of Protective Order For Confidential Treatment Of Documents Or Information.* The Court finds the order reasonable and appropriately tailored to protect the rights of the parties to keep confidential certain proprietary and commercially valuable information.

It is hereby ORDERED that the *Stipulation For Entry Of Protective Order For Confidential Treatment Of Documents Or Information* shall be ADOPTED as the order of this Court with the following modification to Paragraph VB3, page 9, line 25:  The words "or compelling reasons (depending upon the procedural context)" are inserted following "good cause."

**IT IS SO ORDERED.**

Dated:  December 28, 2010                                    /s/
                                                                              Hon. Jacqueline Chooljian