Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-04443-RGK (JCx) |
| v. | |
| TARGET CORPORATION, et al. | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable R. GARY KLAUSNER District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

EKB TEXTILES, INC.

recover of the defendant(s):

TARGET CORPORATION, et al.

the sum of $389,838, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: July 27, 2011

By S. Williams
Deputy Clerk

At: Los Angeles, California

cc: *Counsel of record*