ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Stephen M. Doniger
Doniger Burroughs, APC
300 Corporate Pointe
Suite 355
Culver City, CA 90230-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Teresa Ortiz, tortiz@depo.com

ABI'S Federal ID No.: 95-4189037

| INVOICE NO. | A5046AB AA |
|---|---|
| FIRM NO. | 1206202 |
| INVOICE DATE | 5/25/2011 |
| | DUE UPON RECEIPT |

Setting Firm: Doniger Burroughs, APC
Taking Attorney: Stephen M. Doniger
Case Name: EKB vs Target
Case No.: CV10-4443 RGK (JCx)
Claim No.:
Insurance Co.:
Insured: DOL:
Clients Ref.#1:
Clients Ref.#2:
Adjuster:

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Angela Kristine Davidson and | $ 866.10 |
| PAYMENT | - .00 |
| BALANCE DUE | $ 866.10 |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 866.10 |
|---|---|
| INVOICE NO. | A5046AB AA |
| FIRM NO. | 1206202 |

From: Stephen M. Doniger
Doniger Burroughs, APC
300 Corporate Pointe
Suite 355
Culver City, CA 90230-

For: Reporter's transcript of the deposition of Angela Kristine Davidson and Alexander James Eaton, taken 5/11/2011.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN M. DONIGER  SBN: 179314<br>DONIGER LAW FIRM<br>300 CORPORATE POINTE, SUITE 355  CULVER CITY, CA 902300000<br>TELEPHONE NO.: (310) 590-1820   FAX NO.(Optional): (310) 417-3538<br>E-MAIL ADDRESS (Optional): stephen@donigerlawfirm.com<br>ATTORNEY FOR (Name): Plaintiff: | | |
| USDC - CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES<br>STREET ADDRESS: 312 N. SPRING STREET, #G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793<br>BRANCH NAME: CENTRAL | | |
| PLAINTIFF/PETITIONER: EKB TEXTILES, INC., a California Corporation | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: TARGET CORPORATION, a Minnesota Corporation | CV10-4443RGK(JCx) | |
| **NON SERVICE REPORT** | Ref. No. or File No.: | |

I received the within process on November 8, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **NC APPAREL, INC., a California Corporation**
Documents: **summons;first amended complaint;**

As enumerated below:

11/08/2010 -- 2:45PM         3435 WILSHIRE BLVD., STE. 965
                             LOS ANGELES, CA 90010
UNABLE TO EFFECT SERVICE AT BUSINESS ADDRESS. "DANIEL MOON CPA" ON DOOR. PER DANIEL MOON, DEFENDANT WAS PREVIOUS TENANT AND HAS MOVED TO UNKNOWN LOCATION...

Fee for Service: $ 53.00
County: Los Angeles
Registration No.: 140/5906
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338
www.janneyandjanney.com

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 22, 2010 at Los Angeles, California.

Signature: _____
Andrew Gowing

**NON SERVICE REPORT**

Order#: LA011081020/NonServe

STEPHEN M. DONIGER SBN: 179314
DONIGER LAW FIRM
300 CORPORATE POINTE, SUITE 355
CULVER CITY, CA 902300000
(310) 590-1820

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| EKB | Plaintiff(s) | CV10-4443-RGK(JCx) |
| v. | | PROOF OF SERVICE |
| TARGET | Defendant(s) | SUMMONS AND COMPLAINT |
| | | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons ☒ first amended complaint ☐ third party complaint
   ☐ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☐ other *(specify)*:

2. **Person served:**

   a. ☒ Defendant *(name:)* **KANDY KISS OF CALIFORNIA, INC., A CALIFORNIA CORPORATION**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   **DAVID BONENFANT - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS**
   c. ☒ Address where the papers were served: **16055 VENTURA BLVD., # 510
   ENCINO, CA 91436**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☒ Papers were served on *(date):* **11/08/2010** at *(time):* **02:50 pm**

   b. ☐ By **Substituted Service.** By leaving copies:

   1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☐ Papers were served on *(date):* at *(time):*

   4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☐ papers were mailed on

   6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Keith Mayer
   Janney & Janney Attorney Service, Inc.
   1545 Wilshire Blvd., Ste. 311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 53.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :5961
      County: Los Angeles

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **November 10, 2010**     Keith Mayer     *(Signature)*
*Type or Print Server's Name*

| STEPHEN M. DONIGER | | SBN: 179314 | FOR COURT USE ONLY |
|---|---|---|---|
| DONIGER LAW FIRM | | | |
| 300 CORPORATE POINTE, SUITE 355  CULVER CITY, CA 902300000 | | | |
| Attorney For: | | | |
| TELEPHONE NO.: (310) 590-1820 | FAX NO. (Optional): (310) 417-3538 | | |
| E-MAIL ADDRESS (Optional): | | | |

USDC - Central District - Central Division
STREET ADDRESS: 312 N. Spring St. #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District - Central Division

PLAINTIFF(name each): EKB
DEFENDANT(name each): TARGET

CASE NUMBER: CV10-4443 RGK (JCx)

**PROOF OF HAND DELIVERY**

HEARING DATE: 7/26/2011
TIME: 9:00 AM
DEPT.:
Ref No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

NAME OF ATTORNEY: MS. PATRICIA CEWS (LF USA, INC) and MS. ANGELA DAVIDSON (TARGET CORP.)

BY LEAVING WITH: VERONICA PRICE - PERSON IN CHARGE PER CCP 1011

DATE & TIME OF DELIVERY: 7/21/2011
4:30 PM

ADDRESS, CITY, AND STATE: HOLME ROBERTS & OWEN LLP
800 WEST OLYMPIC BLVD., 4TH FLOOR
LOS ANGELES, CA 90015

MANNER OF SERVICE:

Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [F.R.C.P. 5(a)(b)(2)(a)]

Fee for Service: 91.00
County: LOS ANGELES
Registration No.: 6089
Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: July 22, 2011.

Signature: _Vincent Avila_
Vincent E. Avila

**PROOF OF HAND DELIVERY**

982(a)(23)[New July 1, 1987]

Order#: LA107201415 /CCP1011

Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER/BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
TEL: (310) 590-1820 FAX: (310) 417-3538

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC., Plaintiff(s) v. TARGET CORPORATION, et al. Defendant(s) | CASE NUMBER: CV10-4443 RGK (JCx) <br><br> **PROOF OF SERVICE SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☐ other *(specify)*:

2. **Person served:**

   a. ☒ Defendant *(name)*: TARGET CORPORATION

   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where papers were served: 1000 NICOLLET MALL, MINNEAPOLIS MN, 55403

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. ☐ By **Substituted service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed** on (date): _____

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   Samantha Knapton
   DONIGER/BURROUGHS APC
   300 Corporate Pointe, Suite 355
   Culver City, CA 90230
   TEL: (310) 590-1820  FAX: (310) 417-3538

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 24, 2010

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                             PAGE 2


**UNITED STATES POSTAL SERVICE**

Date: 06/24/2010

ADS, Inc.:

The following is in response to your 06/24/2010 request for delivery information on your Certified Mail(TM) item number 7114 8008 6009 0164 7206. The delivery record shows that this item was delivered on 06/24/2010 at 08:27 AM in MINNEAPOLIS, MN 55403. The scanned image of the recipient information is provided below.

Signature of Recipient: *Walter Lubinski*

Address of Recipient: *1000 Nicollet Mall*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403
Reference #: EKB v. Target Complaint - 4443

$6.45 for service by certified mail

Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER/BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
TEL: (310) 590-1820 FAX: (310) 417-3538

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV10-4443 RGK (JCx) |
| v. | |
| TARGET CORPORATION, et al. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
    a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
                                                   ☐ second amended complaint
                                                   ☐ third amended complaint

    ☐ other *(specify)*:

2. **Person served:**
    a. ☒ Defendant *(name)*: BLUESTAR ALLIANCE LLC
    b. ☐ Other *(specify name and title or relationship to the party/business named)*:

    c. ☒ Address where papers were served: 1370 BROADWAY, ROOM 820, NEW YORK NY, 10018

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
    a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
    b. ☐ By **Substituted service.** By leaving copies:
        1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
        4. ☐ by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
        5. ☐ papers were mailed on (date): _____
        6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                       PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Samantha Knapton
   DONIGER/BURROUGHS APC
   300 Corporate Pointe, Suite 355
   Culver City, CA 90230
   TEL: (310) 590-1820 FAX: (310) 417-3538

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 24, 2010

_____
(Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                          PAGE 2



# UNITED STATES
# POSTAL SERVICE™

Date: 06/24/2010

ADS, Inc.:

The following is in response to your 06/24/2010 request for delivery information on your Certified Mail(TM) item number 7114 8008 6009 0164 2843. The delivery record shows that this item was delivered on 06/24/2010 at 12:28 PM in NEW YORK, NY 10018. The scanned image of the recipient information is provided below.

Signature of Recipient: *Shannon Watson*

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Bluestar Alliance LLC
1370 BROADWAY RM 820
NEW YORK, NY 10018
Reference #: EKB v. Target Complaint - 4443

*$6.45 Service by Certified mail*

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC. | **CASE NUMBER:** |
|---|---|
| Plaintiff(s) | CV10-4443 (RGK) (JCx) |
| v. | |
| TARGET CORPORATION; et al. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. [X] summons  [ ] complaint  [ ] alias summons  [X] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*:

2. **Person served:**
   a. [X] Defendant *(name)*: LF USA, INC, a New York Corporation
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [X] Address where papers were served: 1359 Broadway, 21st Floor, New York, New York, 10018

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. I served the person named in Item 2:
   a. [ ] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
   b. [ ] **By Substituted service.** By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

---
**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other (specify code section and type of service):**

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Ann Grozman
   DONIGER / BURROUGHS APC
   300 Corporate Pointe, Suite 355
   Culver City, California  90230
   Telephone: (310) 590-1820
   Facsimile: (310) 417-3538

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/08/10

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**


**UNITED STATES POSTAL SERVICE**

Date: 11/12/2010

ADS, Inc.:

The following is in response to your 11/12/2010 request for delivery information on your Certified Mail(TM) item number 7114 8008 6003 5694 0822. The delivery record shows that this item was delivered on 11/12/2010 at 12:31 PM in NEW YORK, NY 10018. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

LF USA, INC.
1359 BROADWAY FL 21
NEW YORK, NY 10018
Reference #: EKB v. TARGET SAC_LF USA

$6.45 for Service by Certified mail

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EKB TEXTILES, INC. | **CASE NUMBER:** |
|---|---|
| Plaintiff(s) | CV10-4443 (RGK) (JCx) |
| v. | |
| TARGET CORPORATION; et al. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. [X] summons   [ ] complaint   [ ] alias summons   [X] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*:

2. **Person served:**
   a. [X] Defendant *(name)*: SAMSUNG C&T AMERICA, INC. a New Jersey Corporation
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Agent for Service of Process: PETER S HONG
   c. [X] Address where papers were served: 14251 E FIRESTONE BLVD LA MIRADA CA 90638

3. **Manner of Service in compliance with** *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. I served the person named in Item 2:

   a. [ ] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [ ] **By Substituted service.** By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

---
**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Ann Grozman
   DONIGER / BURROUGHS APC
   300 Corporate Pointe, Suite 355
   Culver City, California 90230
   Telephone: (310) 590-1820
   Facsimile: (310) 417-3538

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/08/10

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**



**UNITED STATES POSTAL SERVICE**

Date: 11/09/2010

ADS, Inc.:

The following is in response to your 11/09/2010 request for delivery information on your Certified Mail(TM) item number 7114 8008 6003 5667 8985. The delivery record shows that this item was delivered on 11/09/2010 at 10:19 AM in LA MIRADA, CA 90638. The scanned image of the recipient information is provided below.

Signature of Recipient:   *Evelyn Pluma*

Address of Recipient:   14251 Firestone

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

PETER S HONG
SAMSUNG C&T AMERICA, INC.
14251 E FIRESTONE BLVD
LA MIRADA , CA 90638
Reference #: EKB v. TARGET SAC_SAMSUNG C&T

$6.45 for Service by certified mail

```
        CLERK'S OFFICE U.S.D.C.
             LOS ANGELES
6/16/2010 3:37:15 PM  Receipt #: 140383
        Cashier : KPAGE [LA 1-1]
Paid by: DONIGER BURROUGHS APC
2:CV10-04445
2010-086900      5 - Civil Filing Fee(1)
Amount :                         $60.00

2:CV10-04445
2010-510000     11 - Special Fund F/F(1)
Amount :                        $190.00

2:CV10-04445
2010-086400     Filing Fee - Special(1)
Amount :                        $100.00
----------------------------------------
Check Payment : 0799 /           350.00
----------------------------------------
Total Payment :                  350.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```